# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| The Estate of **RANDI SHAVONNE KIRKLAND**, by and through Special Administrator, **VIRGINIA KIRKLAND**, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 19-CIV-411-RAW |
| **HT GLOBAL IT SOLUTIONS HOLDINGS LIMITED,** *et. al.,* | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Before the court is Plaintiff's Motion to Remand with Brief in Support [Docket No. 27] requesting that the court remand the case back to Murray County, Oklahoma based on Plaintiff's claims that this court does not have subject matter jurisdiction; that there is not complete diversity because two defendants appear domiciled in Oklahoma, namely, EAN Holdings, LLC ("EAN") and Vanguard Car Rental USA, LLC ("Vanguard"). Defendants EAN and Vanguard represent that the sole member of both EAN and Vanguard is Enterprise Holdings, Inc., a corporation formed and in good standing in the State of Missouri with its principal place of business in St. Louis, Missouri [Docket No. 32]. A Limited liability company is for diversity purposes a citizen of the states where its members are citizens. *Siloam Springs Hotel, L.L.C. v. Century Surety Company,* 781 F.3rd 1233, 1234, 1237-1239 (10th Cir. Okla. 2015). Accordingly, EAN and Vanguard are for diversity jurisdiction purposes citizens of the State of Missouri.

Upon review of the pleadings and the record, the court finds that the principal place of business of an LLC is irrelevant because, unlike a corporation, an LLC is not treated as a person

for purposes of diversity jurisdiction. It is only the residence of the members of an LLC which is relevant to the diversity jurisdiction analysis. EAN and Vanguard's sole member is Enterprise Holdings, Inc., which is a Missouri corporation with its principal place of business in Missouri, thus EAN and Vanguard are citizens of Missouri. This court has subject matter jurisdiction over this matter, and Plaintiff's Motion to Remand is DENIED.

IT IS SO ORDERED this 14th day of January, 2020.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA