IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

The Estate of RANDI SHAVONNE KIRKLAND, by and through Special Administrator, VIRGINIA KIRKLAND,

    Plaintiff,

v.

HT GLOBAL IT SOLUTIONS HOLDINGS LIMITED, et al.,

    Defendants.

Case No.   CIV 19-411-RAW

## **MOTION TO DISMISS SPECIFIED DEFENDANTS WITHOUT PREJUDICE**

Plaintiff, the Estate of Randi Shavonne Kirkland, by and through Special Administrator, Virginia Kirkland, by and through her counsel, hereby moves this Court to dismiss the following Defendants **without prejudice** to the refiling thereof. Plaintiff wishes to dismiss the following Defendants:

1. Hexaware Technologies;
2. Hexaware Technologies LTD;
3. Hexaware Technologies GMBH;
4. Focus Frame, Inc.;
5. Hexaware Technologies Asia-Pacific PTE, LTD;
6. Hexaware Technologies Canada Limited;
7. Hexaware Technologies UK LTD.;
8. Specsoft Consulting, Inc.;
9. Risk Technology International LTD.;
10. Hexaware Technology & Business Solutions, Inc.;

11. EAN Holdings, LLC, D/B/A Enterprise Rent-A-Car;

12. National Car Rental; and

13. Vanguard Car Rental USA, LLC.

Plaintiff's counsel has conferred with counsel for EAN Holdings, LLC, D/B/A Enterprise Rent-A-Car and Vanguard Car Rental USA, LLC, and that counsel has no objection to the dismissal without prejudice of National Car Rental and Vanguard Car Rental USA, LLC. That counsel had no authority from his clients whether to consent to dismiss without prejudice any of the other listed Defendants stated above.

Plaintiff's counsel attempted to confer with counsel for Hexaware Technologies, Inc., Hexaware Technologies Canada Limited, Gaurav Shukla, and Ujjwal Narayan about her motion for dismissal without prejudice of the Defendants stated above, but could not reach opposing counsel.

As such, Plaintiff respectfully requests this Court enter an order dismissing without prejudice only the Defendants stated above pursuant to Rule 41(a)(2).

Respectfully submitted,

*/s/ John Branum*

John Branum, OBA No. 20165
9600 South May Avenue
Oklahoma City, Oklahoma 73159
Telephone: (800) 318-9950
Facsimile: (800) 418-8210
Email: lit@branumlawfirm.com

-AND-

Jimmy D. Speed, OBA No. 22010
123 Market Square
Historic Downtown Durant
Durant, Oklahoma 74701

Telephone: (918) 924-5291
Facsimile: (888) 456-7056
Email: speedslaw@gmail.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants.

Sterling E. Pratt
Robert D. James

**BRANUM LAW FIRM, PLLC**

_/s/ John Branum_
John Branum, OBA No. 20165
9600 South May Avenue
Oklahoma City, Oklahoma 73159
Telephone: (800) 318-9950
Facsimile: (800) 418-8210
Email: lit@branumlawfirm.com

-AND-

Jimmy D. Speed, OBA No. 22010
123 Market Square
Historic Downtown Durant
Durant, Oklahoma 74701
Telephone (918) 924-5291
Facsimile (888) 456-7056
Email speedslaw@gmail.com
**ATTORNEYS FOR PLAINTIFF**