AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

The Estate of RANDI SHAVONNE KIRKLAND, et al.  )
*Plaintiff*                                      )
v.                                               )  Case No. 19-cv-411-RAW
HT Global IT Solutions Holdings Limited, et al.  )
*Defendant*                                      )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hexaware Technologies Limited.

Date: 02/25/2020

s/Steven E. Holden
*Attorney's signature*

Steven E. Holden, OBA #4289
*Printed name and bar number*

HOLDEN LITIGATION
15 East 5th Street, Suite 3900
Tulsa, OK 74103
*Address*

SteveHolden@HoldenLitigation.com
*E-mail address*

(918) 295-8888
*Telephone number*

(918) 295-8889
*FAX number*