# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) The Estate of RANDI SHAVONNE KIRKLAND, by and through Special Administrator, VIRGINIA KIRKLAND<br><br>Plaintiff<br><br>v.<br><br>(1) HT GLOBAL IT SOLUTIONS HOLDINGS LIMITED<br>(2) HEXAWARE TECHNOLOGIES, INC.<br>(3) HEXAWARE TECHNOLOGIES LIMITED<br>(4) GAURAV SHUKLA<br>(5) UJJWAL NARAYAN<br><br>Defendants | Case No.: 19-cv-411-RAW |

## NOTICE OF STATUS OF CRIMINAL PROCEEDINGS
## AGAINST DEFENDANT GAURAV SHUKLA

This notice is provided as it is relevant to the Court's prior rulings regarding the stay [Doc. 48, Doc. 102, Doc. 106]. On November 30, 2020, the Honorable Aaron Duck, Associate District Judge for Murray County, Oklahoma, conducted a pretrial conference in the criminal case against Defendant Guarav Shukla, Case No. CM-2020-00142. The pretrial conference was continued to March 8, 2021 at 9:30 am. The case is not currently set for trial. A trial date will be set at the pretrial conference but, it is likely that the case will not be tried until **August of 2021**. (*See* attached Exhibit 1, *Transcript of Proceedings Held on November 30, 2020*).

**BRANUM LAW FIRM, PLLC**

_/s/ John Branum_
John Branum, OBA No. 20165
9600 South May Avenue
Oklahoma City, Oklahoma 73159
(800) 318-9950 Telephone
(800) 418-8210 Facsimile
lit@branumlawfirm.com

-AND-

Jimmy D. Speed, OBA No. 22010
123 Market Square
Historic Downtown Durant
Durant, Oklahoma 74701
(918) 924-5291 Telephone
(888) 456-7056 Facsimile
speedslaw@gmail.com
**ATTORNEYS FOR APPLICANT**

## CERTIFICATE OF SERVICE

        I hereby certify that on the 14th day of December 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to those registered with ECF.

**BRANUM LAW FIRM, PLLC**

*/s/ John Branum*

John Branum, OBA No. 20165
9600 South May Avenue
Oklahoma City, Oklahoma 73159
(800) 318-9950 Telephone
(800) 418-8210 Facsimile
lit@branumlawfirm.com

-AND-

Jimmy D. Speed, OBA No. 22010
123 Market Square
Historic Downtown Durant
Durant, Oklahoma 74701
(918) 924-5291 Telephone
(888) 456-7056 Facsimile
speedslaw@gmail.com
**ATTORNEYS FOR APPLICANT**