# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) The Estate of RANDI SHAVONNE KIRKLAND, by and through Special Administrator, VIRGINIA KIRKLAND

Plaintiff

v.

(1) HT GLOBAL IT SOLUTIONS HOLDINGS LIMITED
(2) HEXAWARE TECHNOLOGIES, INC.
(3) HEXAWARE TECHNOLOGIES LIMITED
(4) GAURAV SHUKLA
(5) UJJWAL NARAYAN

Defendants

Case No.: 19-cv-411-RAW

## NOTICE OF STATUS OF CRIMINAL PROCEEDINGS AGAINST DEFENDANT GUARAV SHUKLA

This notice is provided as it is relevant to the Court's prior rulings regarding the stay [Doc. 48, Doc. 102, Doc. 106]. On August 6, 2021, undersigned counsel advised this Court that the criminal trial against Gaurav Shukla, Case No. CM-2020-00142, was set for October 21, 2021. On September 7, 2021, undersigned counsel learned that the criminal trial is now set for November 29, 2021.

**BRANUM LAW FIRM, PLLC**

_____
John Branum, OBA No. 20165
9600 South May Avenue
Oklahoma City, Oklahoma 73159
(800) 318-9950 Telephone
(800) 418-8210 Facsimile
lit@branumlawfirm.com

-AND-

Jimmy D. Speed, OBA No. 22010
123 Market Square
Historic Downtown Durant
Durant, Oklahoma 74701
(918) 924-5291 Telephone
(888) 456-7056 Facsimile
speedslaw@gmail.com
**ATTORNEYS FOR APPLICANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to those registered with ECF.

**BRANUM LAW FIRM, PLLC**

*/s/ John Branum*
John Branum, OBA No. 20165
9600 South May Avenue
Oklahoma City, Oklahoma 73159
(800) 318-9950 Telephone
(800) 418-8210 Facsimile
lit@branumlawfirm.com

-AND-

Jimmy D. Speed, OBA No. 22010
123 Market Square
Historic Downtown Durant
Durant, Oklahoma 74701
(918) 924-5291 Telephone
(888) 456-7056 Facsimile
speedslaw@gmail.com
**ATTORNEYS FOR APPLICANT**