# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **The Estate of Randi Shavonne Kirkland,** by and through Special Administrator, **Virginia Kirkland,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | No. 19-CV-411-RAW |
| **Hexaware Technologies, Inc.;** *et.al.,* | ) ) | |
| **Defendants.** | ) | |

## ORDER

Before the court is Defendant Ujjwal Narayan's Motion to Dismiss [Docket No. 153] requesting dismissal of Plaintiff's Complaint against them pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

Plaintiff is invited, if she so desires, to file an amended complaint by **June 13, 2022** providing additional legal or factual averments which may vitiate the Defendants' claims of insufficiency.

Amending to drop certain claims or parties is allowed. Amendment to add parties or claims is not contemplated by this order. **A redline version of the original complaint ("petition") as amended must be attached to the Amended Complaint.** Should Plaintiff decline to amend the complaint, the court will consider the motion and any response filed.

Further, the Motions to Dismiss will be deemed **MOOT**, upon the filing of an Amended Complaint, without prejudice to re-filing. (An amended complaint supersedes the previous

complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (citations omitted)). Defendants' deadline to renew the Motions to Dismiss is **June 27, 2022.**

      IT IS SO ORDERED this 18th day of May, 2022.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA