IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) The Estate of RANDI SHAVONNE KIRKLAND, by and through Special Administrator, VIRGINIA KIRKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>(1) HEXAWARE TECHNOLOGIES, INC.;<br>(2) HEXAWARE TECHNOLOGIES LIMITED;<br>(3) GAURAV SHUKLA; and<br>(4) UJJWAL NARAYAN<br><br>    Defendants. | Case No. 19-CV-411-RAW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal <u>with</u> prejudice of the above-captioned action in its entirety. Each party is to bear their own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED: Sept. 26, 2022

*John Branum* (signature)

John Branum, OBA No. 20165
Jay Mitchel, OBA No. 20784
Jessica S. Ladd, OBA No. 33821
Branum Law Firm, PLLC
9600 South May Avenue
Oklahoma City, Oklahoma 73159
Telephone: (800) 318-9950
Facsimile: (800) 418-8210
lit@branumlawfirm.com
***ATTORNEYS FOR PLAINTIFF***

and

Jimmy D. Speed, OBA No. 22010
Speed Law Office
Historic Downtown Durant
Durant, Oklahoma 74701
Telephone: (918) 924-5291
Facsimile: (888) 456-7056
speedslaw@gmail.com
*ATTORNEY FOR PLAINTIFF*


**AND**

/s/ Sterling Pratt

Sterling E. Pratt, OBA No. 22276
Fenton, Fenton, Smith, Reneau & Moon
211 North Robinson, Suite 800N
Oklahoma City, OK 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
sepratt@fentonlaw.com
*Attorney for Defendants Ujjwal Narayan,*
*Hexaware Technologies, Inc., and Gaurav Shukla*


and

/s/ Anita K. Anthony

Steve Holden, OBA No. 4289
Anita Anthony, OBA No. 14178
Holden Litigation
14 E. Sheridan Avenue, Suite 101
Oklahoma City, Oklahoma 73104
Telephone: (405) 813-8888
SteveHolden@HoldenLitigation.com
AnitaAnthony@HoldenLitigation.com
*Attorneys for Defendant Hexaware Technologies*
*Limited*